

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LORETTA HERNANDEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:12-CV-097-A |
| § | |
| CAROLYN W. COLVIN,[1] ACTING § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY, § | |
| § | |
| Defendant. § | |

ORDER

Came on for consideration the above-captioned action wherein Loretta Hernandez is plaintiff and Carolyn W. Colvin, Acting Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for disability insurance benefits and supplemental security income under applicable provisions of the Social Security Act. On February 21, 2013, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation, and granted the parties until March 7, 2013, in which to file and serve objections. Neither party filed an objection. After studying the filings of the parties, the

---

[1] The court has been informed that Carolyn W. Colvin has been named Acting Commissioner of Social Security. Therefore, Carolyn W. Colvin is automatically substituted for Michael J. Astrue. See Fed. R. Civ. P. 25(d)(1).

magistrate judge's proposed findings and conclusions, and the applicable legal authorities, the court has decided to adopt the Magistrate Judge's proposed findings and conclusions and accept his recommendation.

Therefore,

The court ORDERS that the decision of defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, that based on the applications filed on October 13, 2009, plaintiff, Loretta Hernandez, is not entitled to a period of disability or disability insurance benefits under the Social Security Act, 42 U.S.C. §§ 416(i) and 423, respectively, and is not eligible for supplemental security income under the Act, 42 U.S.C. §§ 1382 and 1382(c), be, and is hereby, affirmed.

SIGNED March 8, 2013.

JOHN McBRYDE
United States District Judge